777 S.E.2d 832

**Tony L. POPE and Lynn S. Pope, individually and Representing as a Class all Unit Owners for Riverwalk at Arrowhead Country Club Horizontal Property Regime, Respondents,**

v.

**HERITAGE COMMUNITIES, INC., Heritage Riverwalk, Inc., and Buildstar Corporation, Petitioners.**

**Riverwalk at Arrowhead Country Club Property Owners' Association, Inc., Respondent,**

v.

**Heritage Communities, Inc., Heritage Riverwalk, Inc., and Buildstar Corporation, Petitioners.**

Appellate Case No. 2012–206066.

No. 27578.

Supreme Court of South Carolina.

Heard Feb. 19, 2015.

Decided Sept. 30, 2015.

C. Mitchell Brown, William C. Wood, Jr., and Brian P. Crotty, all of Nelson Mullins Riley & Scarborough, LLP, of Columbia; and William L. Howard, Stephen L. Brown, and Russell G. Hines, all of Young Clement Rivers, LLP, of Charleston, for petitioners.

John P. Henry and Philip C. Thompson, both of Thompson & Henry, PA, of Conway, for respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Pope v. Heritage Communities, Inc.*, 395 S.C. 404, 717 S.E.2d 765 (Ct.App.2011). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**